UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIANNE BENEDETTA
JASNICH ROMANENKO,
    Plaintiff,
v.                                    CASE NO. 8:21-cv-00384-WFJ-SPF

LM GENERAL INSURANCE
COMPANY,
    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come before the Court on the Joint Stipulation for Order of Dismissal (Dkt. 45), and the Court being fully advised in the premises, it is thereupon,

**ORDERED AND ADJUDGED** that the Plaintiff, Julianne Benedetta Jasnish Romanenko's claims are hereby dismissed with prejudice, with each party to bear their own attorney fees and costs.

**DONE AND ORDERED** at Tampa, Florida on December 2, 2021.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies provide to:**
Counsel of record